```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 21969
    NANCY GRIBBEN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6836

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/08/2004 and was confirmed 09/02/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  82.88% from remaining funds.

    The case was dismissed after confirmation 10/25/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
FORD MOTOR CREDIT       UNSECURED OTH     845.54           .00          452.63
FORD MOTOR CREDIT       SECURED          2000.00         43.80         2000.00
AMERICAN EXPRESS TRAVEL UNSECURED        1037.70           .00          555.33
ECAST SETTLEMENT CORP   UNSECURED        8542.22           .00         4571.42
RESURGENT ACQUISITION LL UNSECURED       2886.83           .00         1544.90
ECAST SETTLEMENT CORP   UNSECURED       10387.41           .00         5558.88
FLEET                   UNSECURED       NOT FILED          .00             .00
HOME DEPOT CREDIT SERVIC UNSECURED      NOT FILED          .00             .00
ECAST SETTLEMENT CORP   UNSECURED        4852.33           .00         2596.75
WELLS FARGO FINANCIAL BA UNSECURED      NOT FILED          .00             .00
PETER FRANCIS GERACI    DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN              TRUSTEE                                       1,116.29
DEBTOR REFUND           REFUND                                             .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 21,140.00

PRIORITY                                            .00
SECURED                                        2,000.00
   INTEREST                                       43.80
UNSECURED                                     15,279.91
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           1,116.29
DEBTOR REFUND                                       .00
                        -------------        -------------
TOTALS                   21,140.00            21,140.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 21969 NANCY GRIBBEN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE